United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSE SANTOS ISMAEL ORELLANA IBARRA, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-3234 |
| | § | |
| vs. | § § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

The petitioner, Jose Santos Ismael Orellana Ibarra, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Montgomery Processing Center.  Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention.  (Docket Entry No. 1).

For the reasons set out in this court's Order of May 26, 2026, the court granted in part Orellana Ibarra's habeas petition. (Docket Entry No. 7).  The court ordered that the respondents must provide the petitioner with a bond hearing before an immigration judge by June 3, 2026, or release him.  (*Id.*).  The court further ordered the parties to provide the court with a status update no later than June 5, 2026.  (*Id.*).  On June 4, 2026, counsel for the respondents reported that "Petitioner was granted bond on June 2, 2026." (Docket Entry No. 8).  On June 8, 2026, counsel for the petitioner filed an Emergency Motion to Enforce Habeas Order.  (Docket Entry No. 9).  In the motion, the petitioner asserts that a bond hearing was held on June 2, 2026, at which an immigration judge granted bond set at $5,000.  (*Id.* at 2).  "At that hearing, DHS reserved appeal, which prevents posting the bond for 10 days, leaving Petitioner detained notwithstanding the IJ's

bond grant.  The Immigration Judge's order reflects that the Department of Homeland Security reserved appeal."  (*Id.*)  The petitioner asserts that he "remains detained at Montgomery ICE Processing Center … and the continued detention is solely the result of the administrative appeal hold."  (*Id.*).  The petitioner further argues that if "DHS successfully appeals, Petitioner will be detained indefinitely."  (*Id.*).  The petitioner seeks immediate release from custody or in the alternative an order directing DHS/ICE to immediately accept the $5,000 bond notwithstanding any administrative appeal hold and to process release immediately upon tender.

**It is ordered that the respondents must file a response to the Emergency Motion to Enforce Habeas Order by June 10, 2026**.

SIGNED on June 8, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge

2